# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: March 13, 2026**

The extension request is GRANTED and deadlines proposed herein ADOPTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 12.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Arriola v. Commissioner of Social Security*
       Civil Action No. 1:25-cv-10373-VF

Dear Judge Figueredo,

We write on behalf of plaintiff, Wilmer Ricardo Guity Arriola, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on March 19, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension of time.  The plaintiff requests this extension due to a heavy caseload with overlapping deadlines, a scheduled vacation, and a religious holiday over the upcoming weeks.

The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **June 17, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **August 17, 2026**; and

- Plaintiff to file her reply, if any, on or before:  **August 31, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115       info@osbornlawpc.com

Honorable Valerie Figueredo
March 10, 2026
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:     212-725-9800
Facsimile:     212-500-5115
ltrust@osbornlawpc.com


cc: Fergus John Kaiser, Esq. (by ECF)