# OSBORN LAW P.C.

Daniel A. Osborn, Esq. dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. ltrust@osbornlawpc.com


MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 2, 2026**

The extension request is GRANTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 18.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Arriola v. Commissioner of Social Security*
Civil Action No. 1:25-cv-10373-VF

Dear Judge Figueredo,

We write on behalf of plaintiff, Wilmer Ricardo Guity Arriola, and with the consent of the defendant, to request a 7-day extension of time to file plaintiff's reply, which is currently due on March 13, 2026, per the Court's Scheduling Order. This is the parties' second request for an extension of time. The undersigned requests this extension due to having a sudden GI virus that began early this morning.

The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to filed her motion for judgment on the pleadings on **June 17, 2026;**
- Defendant filed its response to plaintiff's motion/cross motion on **August 17, 2026**; and
- Plaintiff to file her reply, if any, on or before: **September 7, 2026.**


43 West 43rd Street, Suite 131 Telephone 212-725-9800 osbornlawpc.com
New York, New York 10036 Facsimile 212-500-5115 info@osbornlawpc.com

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)